UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| KENT DAVENPORT, | ) | CASE NO. 4:05 CV 2689 |
| | ) | |
| Plaintiff, | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| DAVID BOBBIE, et al., | ) | |
| | ) | |
| Defendants. | | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e). Further, the court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

                S/Peter C. Economus - 2/14/06
                PETER C. ECONOMUS
                UNITED STATES DISTRICT JUDGE